TOBY MESSINGER *v.* ANDREW LAUDANO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 4 Conn. App. 162, is denied.

*Philip A. Wright, Jr.,* in support of the petition.

*Leonard H. Cheerman,* in opposition.

Decided June 19, 1985

ROSEANN O'CONNOR *v.* BRIAN O'CONNOR

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 19, is granted.

*John J. Houlihan, Jr.,* in support of the petition.

*James O'Connor Shea* and *Roger Brewer,* in opposition.

Decided June 19, 1985

SHELBY MUTUAL INSURANCE COMPANY *v.* DENNIS DELLA GHELFA ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 432, is granted.

*Paul R. Griffin,* in support of the petition.

Decided June 25, 1985

JAMES S. GREENE *v.* RENEE GREENE

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*James S. Greene,* pro se, in support of the petition.

Decided July 2, 1985